MAUD HOLBROW-MORLAND, Appellant, v. VIOLET V. FERGUSON, Respondent. VIOLET V. FERGUSON, Plaintiff, v. MAUD HOLBROW-MORLAND, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Finch, P. J., and Martin, J., dissent and vote to reverse and grant the motion.

LOUIS S. OTTENHEIMER, a Stockholder Suing on Behalf of Himself and All Other Stockholders of SECURITIES-ALLIED CORPORATION, Similarly Situated, Respondent, v. SECURITIES-ALLIED CORPORATION and L. BOYD HATCH, Appellants, Impleaded with Others.— Order modified so as to provide that the motion to vacate is denied as to all items of the notice of examination except 2, 5 and 6, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BRUNSWICK RADIO CORPORATION and BREMER-TULLY MANUFACTURING COMPANY, Respondents, v. IGRAD CONDENSER & MANUFACTURING COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JULES S. BACHE and Others, Appellants, v. WILLIAM F. KENNY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

RITA WYSER, Respondent, v. ERIC WYSER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

COLONEL REALTY CORPORATION, Respondent, v. THE FRINK CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NEW YORK INDEMNITY COMPANY, Appellant, v. JOHN J. GLYNN and JACK ROTHSTONE, Administrators, etc., of the Estate of ARNOLD ROTHSTEIN, Deceased, Respondents.— Order so far as appealed from modified by providing that if plaintiff is unable to furnish the particulars required, an officer of the plaintiff corporation may so state under oath, and as so modified affirmed, with ten dollars costs and disbursements to the respondents. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent. (SAMUEL FRIEDMAN, Appellant.)— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.